FILED

06/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0348

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0348

ROBERT STINCHFIELD,

      Plaintiff/Appellant,

vs.

CITY OF SIDNEY,

      Defendant/Appellee.

**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSE/REPLY BRIEF**

Pursuant to Appellant Robert Stinchfield's Unopposed Motion for Extension to File Response/Reply Brief, noting that Appellee/Cross-Appellant does not object, and good cause appearing,

**IT IS HEREBY ORDERED** that Robert Stinchfield has to and until July 5, 2022, in which to file his Response/Reply Brief Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 2 2022